### 12327.   SAILORS *v.* THE STATE.

LUKE, J.   The evidence authorized the conviction of the defendant; the verdict has the approval of the trial judge; there is no error of law assigned upon the trial of the case.   It was not error to overrule the motion for a new trial.
        *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED MAY 11, 1921.